UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DERRIK HAGERMAN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | )   1:10-cv-272-LJM-DKL |
| | )   IP 06-139-CR-01-M/L |
| UNITED STATES OF AMERICA. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that the motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. 1:10-cv-272-LJM-DML is denied and the civil action opened because of such action is **dismissed**.

Date: 12/20/2012

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel